Dear Honorable Abel Acosta,    11-28-16

Case No: Can you please forward a copy of the Mandate
03-16-00676 sent to the 207TH District Court of Comal
CR County on September 14, 2016 in Case No.
WR-85,544-01 And 03-16-00676-CR.
Trial Court No: Tex. R. APP. Proc. R. 44.3 and Rule 44.4 (a)
CR2013-250 (1)(2) b)

Style:
Jeremy Teak Palmer
v.
The State of Texas

I recieved a letter from them saying that my
"Request for Court Appointed Counsel Pursuant to
Artical 1.051, Texas Code of Criminal Procedure"
was submitted and dismissed as moot on
the date noted Above (November 18, 2016)"

I believe the Third district erred in thinking
that I was not granted by your Court "The Out
of Time Appeal".

I really do need the court to appoint me counsel,
I have no idea what I am doing. And it would
be unjust if my appeal was dismissed due to
the fact that I am indigent and can not hire
counsel to represent me in order to have a
fair chance to exersise my constit right to an
appeal.

I really just need to know how to present my
case to the courts in accordance with the
courts rules and proceedures.

                    Sincerly                    Dominguez Unit
            Jeremy Teak Palmer              6525 Cagnon Rd.
        TDCJ# 2001606609                    San Antonio Tx. 78252